**Delbert Kaahanui WAKINEKONA,**
**Plaintiff-Appellant,**

v.

**Antone OLIM, Edith M. Wilhelm, John Smythe, Winton Leong and Edwin Shimoda, Defendants-Appellees.**

**No. 78–3092.**

United States Court of Appeals,
Ninth Circuit.

Sept. 26, 1983.

Clayton C. Ikei, Honolulu, Hawaii, for plaintiff-appellant.

Michael A. Lilly, Honolulu, Hawaii, for defendants-appellees.

Before GOODWIN, FLETCHER and CANBY, Circuit Judges.

**ORDER**

In accordance with the decision of the Supreme Court in *Olim v. Wakinekona,* —— U.S. ——, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983), *reversing and remanding* the prior decision of this court, 664 F.2d 708 (1981), the judgment of the district court 459 F.Supp. 473 dismissing the complaint is AFFIRMED.